3 A.3d 515

IN THE MATTER OF DAVID R. GROSS, AN ATTORNEY
AT LAW (ATTORNEY NO. 200431960).

September 8, 2010.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DAVID R. GROSS** of **NEWARK,** who was admitted to the bar of this State in 1960, and who was suspended from the practice of law for a period of three months effective June 2, 2010, by Order of this Court filed May 6, 2010, be restored to the practice of law, effective immediately.